COMMONWEALTH of Pennsylvania, Respondent

v.

Rashee BEASLEY, Petitioner

No. 218 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

Justice Mundy did not participate in the consideration or decision of this matter.

The TOWNSHIP OF SALEM, a Municipal Corporation, Petitioner

v.

MILLER PENN DEVELOPMENT, LLC, a Pennsylvania Limited Liability Company, Respondent

No. 271 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Cross Petition for Allowance of Appeal is DENIED.